*E-Filed 5/11/10*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HORACE A. BELL,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br>and the Attorney General of California,<br><br>    Respondents.<br>_____/ | No. C 10-1962 RS (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner Horace A. Bell has filed a petition for writ of habeas corpus to challenge his 1994 conviction in the Los Angeles County Superior Court. Los Angeles County is in the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: May 11, 2010

                          RICHARD SEEBORG
                          United States District Judge